```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 14567
   DWAYNE LEO WILLIAMS
                                               CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-7320

-----------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 08/13/2007 and was confirmed 11/01/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   3.10%.

     The case was dismissed after confirmation 05/22/2008.
-----------------------------------------------------------------------
CREDITOR NAME                CLASS         CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID            PAID
-----------------------------------------------------------------------
PORTFOLIO RECOVERY ASSOC  UNSECURED        1546.87             .00             .00
ROUNDUP FUNDING LLC       UNSECURED        1109.29             .00             .00
LITTON LOAN SERVICING     MORTGAGE ARRE   29379.98             .00          523.99
AMERICAN EXPRESS          UNSECURED       NOT FILED            .00             .00
AT&T                      UNSECURED       NOT FILED            .00             .00
CITY OF CHICAGO           UNSECURED       NOT FILED            .00             .00
CITY OF CHICAGO           UNSECURED       NOT FILED            .00             .00
CITY OF CHICAGO REVENUE   UNSECURED       NOT FILED            .00             .00
CITY OF CHICAGO WATER DE  UNSECURED       NOT FILED            .00             .00
COMMONWEALTH EDISON       UNSECURED       NOT FILED            .00             .00
HOME DEPT                 UNSECURED       NOT FILED            .00             .00
HYDE PARK BANK & TRUST    UNSECURED       NOT FILED            .00             .00
LIGHTHOUSE FINANCIAL      UNSECURED       NOT FILED            .00             .00
MALCOLM S GERALD          UNSECURED       NOT FILED            .00             .00
NICOR GAS                 UNSECURED       NOT FILED            .00             .00
PEOPLES GAS               UNSECURED       NOT FILED            .00             .00
PROVENA ST JOSEPH HOSPIT  UNSECURED       NOT FILED            .00             .00
US BANK                   UNSECURED       NOT FILED            .00             .00
US DEPARTMENT OF HOUSING  UNSECURED       NOT FILED            .00             .00
VW CREDIT INC             UNSECURED       NOT FILED            .00             .00
JEFFERSON CAPITAL SYSTEM  UNSECURED        2381.16             .00             .00
US BANK                   SECURED NOT I   NOT FILED            .00             .00
LITTON LOAN SERVICING     CURRENT MORTG        .00             .00             .00
WILLIAM E JAMISON         DEBTOR ATTY          .00                             .00
TOM VAUGHN                TRUSTEE                                            35.83
DEBTOR REFUND             REFUND                                               .00

         Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                   559.82

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 14567 DWAYNE LEO WILLIAMS
```

```
PRIORITY                                                          .00
SECURED                                                        523.99
UNSECURED                                                         .00
ADMINISTRATIVE                                                    .00
TRUSTEE COMPENSATION                                            35.83
DEBTOR REFUND                                                     .00
                                  ---------------    ---------------
TOTALS                                    559.82             559.82
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
     Dated: 08/26/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```